KELSEY BROWN, CA #263109
Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406

Phone: (206) 300-9063
Email: kelsey@mackenzielegal.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CATHERINE SANCHEZ, | |
| Plaintiff, | Case # 2:17-CV-02262-DMC |
| vs. | STIPULATED EXTENSION OF TIME |
| COMMISSIONER OF SOCIAL SECURITY | |
| Defendant. | |

The parties hereby stipulate by counsel and in accordance with the scheduling order Plaintiff shall have an extension of time to file Plaintiff's Opening Brief. Plaintiff's counsel has been unwell and requires the rescheduling of some deadlines to properly address the issues. As a solo practitioner, Plaintiff's counsel is unable to complete the briefing at this time. Parties stipulate to a 30-day extension. Opening Brief shall now be due on May 12, 2019.

The parties stipulate that the Court's Scheduling Order shall be modified accordingly.

Dated April 12, 2019         /s/ Kelsey M Brown
STIPULATION                   KELSEY MACKENZIE BROWN CA #263109
[2:17-CV-02262-DMC]

Mackenzie Legal, PLLC
1003 Whitman Street
Tacoma, WA 98406
(206) 300-9063

Mackenzie Legal, PLLC
1003 Whitman
Tacoma, WA 98406
(206) 300-9063
Attorney for Plaintiff

Dated April 12, 2019:  s/ KELSEY M. BROWN for Ben Porter
BEN PORTER
(per e-mail authorization)
Special Assistant U.S. Attorney
Office of the General Counsel

Of Attorneys for Defendant

## ORDER

The Court adopts the parties' stipulation as outlined above. Plaintiff's Opening brief is now due on May 12, 2019. The Court's Scheduling Order (Doc. 12) is modified accordingly.

Dated: April 19, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Page 2     STIPULATION
           [2:17-CV-02262-DMC]