# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHLEEN SANCHEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | No. 2:17-CV-2262-DMC<br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On Jun 9, 2019, the court directed plaintiff to show cause in writing within 30 days why this action should not be dismissed for failure to prosecute this action by either seeking voluntary remand or filing a dispositive motion. See ECF No. 21. A review of the docket reflects that plaintiff has now filed her dispositive motion. The order to show cause is, therefore, discharged.

IT IS SO ORDERED.

Dated: July 24, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE